United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| COLVIN MCCRIGHT,<br><br>    Petitioner(s),<br>  v.<br><br>UNITED STATES DISTRICT COURT OF<br>NORTHERN CALIFORNIA et al.,<br><br>    Respondent(s). | NO. C 05-00116 JW   PR<br><br>**ORDER OF DISMISSAL; ORDER DENYING AS MOOT APPLICATION TO PROCEED IN FORMA PAUPERIS**<br><br>**docket no. 4** |

Petitioner, a state prisoner proceeding pro se, filed the instant petition for a writ of mandate and an application to proceed in forma pauperis on January 7, 2005. In the petition for a writ of mandate, Petitioner requests, among other things, relief from the Ninth Circuit regarding Petitioner's earlier filed action, case no. C 04-1419 JW (PR). Both the instant action and the earlier filed action pertain to the same subject matter, namely Petitioner's eligibility to earn credits.

It appears the instant writ of mandate was mistakenly received and opened as a new case in this action. Because the instant action was opened erroneously, the application to proceed in forma pauperis is DENIED as moot, and the Clerk of Court shall close the file. The clerk shall copy all documents in the instant case and transfer the documents to case no. C 04-1419 JW (PR), which is currently pending in the Ninth Circuit.

Dated: August 17, 2006

JAMES WARE
United States District Judge

Order of Dismissal
P:\PRO-SE\SJ.Jw\HC.05\mccright116dis.wpd

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Colvin McCright
Pelican Bay State Prison
B-08892
5905 Lake Earl Drive
P.O. Box 7000
Crescent City, CA 95531

**Dated:**                                                                 **Richard W. Wieking, Clerk**

                                                                           **By:**_____
                                                                                  **Courtroom Deputy**

Order of Dismissal
P:\PRO-SE\SJ.Jw\HC.05\mccright116dis.wpd

United States District Court
For the Northern District of California